UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>JUDICE'S FRENCH MARKETS, INC.,<br>d/b/a JUDICE'S and<br>d/b/a JUDICE'S 1927, and<br><br>ALBIN J. JUDICE IV,<br>a/k/a AL JUDICE,<br><br>Defendants. | CASE NO.: 1:23-cv-00409-MJT |

**JOINT MOTION TO ENTER AGREED FINAL JUDGMENT AGAINST DEFENDANTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff, Joe Hand Promotions, Inc. ("Plaintiff"), by its attorney, and Defendants, Judice's French Markets, Inc., d/b/a Judice's and d/b/a Judice's 1927, and Albin J. Judice IV, a/k/a Al Judice (collectively, "Defendants") and file this their Joint Motion to Enter Agreed Final Judgment against Defendants, as follows:

1. Plaintiff and Defendants have entered into a settlement agreement where the parties agreed to the entry of an Agreed Final Judgment in the form attached to this Motion as Exhibit A. Accordingly, Plaintiff and Defendants jointly agree to the entry of an Agreed Final Judgment in the form attached to this Motion as Exhibit A. Attached as Exhibit A and incorporated by reference is the Agreed Final Judgment signed by Plaintiff and Defendants in this case.

2. By this Motion, Plaintiff and Defendants request that the Court sign and enter the attached Agreed Final Judgment (Exhibit A), which Agreed Final Judgment (Exhibit A) has been signed by the parties in this suit.

## PRAYER

WHEREFORE, Plaintiff and Defendants pray that the Court grant this Motion and sign and enter the attached Agreed Final Judgment (Exhibit A) as a final judgment in this case.

Respectfully submitted,

/s/ Jamie King
Jamie King
State Bar No. 24043755
JAMIE KING P.C.
P.O. Box 5757
Kingwood, Texas 77325
(832) 584-0106 Telephone
(888) 247-0443 Facsimile
jamie@jamiekingpc.com

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

-and-

/s/ Brandon P. Monk
Brandon P. Monk
State Bar No. 24048668
THE MONK LAW FIRM
4875 Parker Drive
Beaumont, Texas 77705
(409) 724-6665 Telephone
(409) 729-6665 Facsimile
brandon@themonklawfirm.com

ATTORNEY FOR DEFENDANTS,
JUDICE'S FRENCH MARKETS, INC.,
d/b/a JUDICE'S and
d/b/a JUDICE'S 1927, and
ALBIN J. JUDICE IV,
a/k/a AL JUDICE