IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., § § *Plaintiff,* § § VS. § § JUDICE'S FRENCH MARKETS, INC. § D/B/A JUDICE'S AND D/B/A JUDICE'S § 1927, AND ALBIN J. JUDICE IV A/K/A § AL JUDICE, § § *Defendants.* § | CIVIL ACTION NO. 1:23-CV-00409 JUDGE MICHAEL J. TRUNCALE |

## AGREED FINAL JUDGMENT

Before the Court is the Parties' Joint Motion to Enter Agreed Final Judgment Against Defendants. [Dkt. 11]. After considering the Parties' joint motion and reviewing the pleadings on file and all applicable law, the Court **GRANTS** the same and enters the following:

It is **ORDERED, ADJUDGED, and DECREED**:

1. That final judgment is hereby entered in favor of Plaintiff, Joe Hand Promotions, Inc., and against Defendants, Judice's French Markets, Inc., d/b/a Judice's and d/b/a Judice's 1927, and Albin J. Judice IV, a/k/a Al Judice; and

2. That Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $10,000.00; and

3. That Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $5,000.00; and

4. The Court hereby awards Plaintiff and against Defendants, jointly and severally, post-judgment interest on the amounts awarded herein at an annual rate of 4.88% from the date of final judgment in this case until paid.

5. This judgment is a final judgment in this case. The clerk is **INSTRUCTED** to close this matter.

**SIGNED this 24th day of January, 2024.**

                                              Michael J. Truncale
                                              United States District Judge